1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
   P. CRAIG CARDON, Cal. Bar No. 168646
3  ccardon@sheppardmullin.com
   BRIAN BLACKMAN, Cal. Bar No. 196996
4  bblackman@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
5  eberman@sheppardmullin.com
   4 Embarcadero Center, 17th Floor
6  San Francisco, California  94111-4109
   Telephone:    415.434.9100
7  Facsimile:    415.434.3947

8  Attorneys for Defendant
   THE GYMBOREE CORPORATION
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

| GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Case No. C 11-00839 SBA |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation, | *[Northern District Local Rule 7-12 and 16-2(e)]* |
| Defendant. | |

1    Defendant The Gymboree Corporation ("Gymboree") and plaintiff Galina Seebrook
2 ("Seebrook"), by and through their counsel of record, stipulate to continuing the June 23, 2011 case
3 management conference, subject to approval of the Court, with reference to the following:
4    1.    Plaintiff Seebrook filed her First Amended Complaint on April 14, 2011;
5    2.    Defendant Gymboree answered the Amended Complaint on May 2, 2011;
6    3.    The Court has set an Initial Case Management Conference for June 23, 2011 at 3:00
7 PM via telephone;
8    4.    Defense counsel is scheduled for a full day Settlement Conference before Magistrate
9 Judge Howard Lloyd on June 23, 2011 in a separate matter that involves several parties and third-
10 parties – many of whom are flying in from out of state;
11    5.    The parties have conferred regarding this scheduling conflict and agreed to continue
12 – subject to the Court's approval and availability – the Case Management Conference.  The parties
13 are both available Thursday, June 30, 2011 in the morning, any time on July 13 or 14, 2011 and any
14 date after July 14th that is convenient to the Court.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Seebrook and
defendant Gymboree as follows:

1.    The Case Management Conference, currently scheduled for June 23, 2011 at 3:00
PM, may be continued to the morning of Thursday, June 30, 2011, or any time on July 13 or 14,
2011 or any date after July 14th that is convenient to the Court.

IT IS SO STIPULATED.

Dated:  June 8, 2011

                    HOFFMAN & LAZEAR


            By        */s/ Chad A. Saunders*
                    CHAD A. SAUNDERS
                    Attorneys for
                    Plaintiff GALINA SEEBROOK

-2-

1 | Dated: June 8, 2011

2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4 | By             */s/ Brian R. Blackman*
CRAIG CARDON
5 | BRIAN R. BLACKMAN
ELIZABETH S. BERMAN
6 | Attorneys for
Defendant THE GYMBOREE CORPORATION

9 | **ORDER**

10 | PURSUANT TO STIPULATION, IT IS ORDERED that the Case Management

11 | Conference, currently scheduled for June 23, 2011 at 3:00 PM, is continued to 6/30/11 at 3:30 PM,

12 | via telephone. Plaintiff's counsel is to set up the conference call with all the parties on the line and

13 | call chambers at (510) 637-3559.

14 | Dated: June 13, 2011

16 | _____
17 | THE HONORABLE SANDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

# **CERTIFICATION**

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation To Continue Case Management Conference.  In compliance with General Order 45.X.B., I hereby attest that Chad A. Saunders has concurred in this filing.

Dated:  June 8, 2011                              SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                                          By       */s/ Brian R. Blackman*_____
                                                                      BRIAN R. BLACKMAN
                                                                      Attorneys for Defendant