1  HOFFMAN & LAZEAR
   H. Tim Hoffman (SBN 049141)
2  Arthur W. Lazear (SBN 083603)
   Chad A. Saunders (SBN 257810)
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  Tel:  (510) 763-5700
   Fax:  (510) 835-1311
5  Email:  cas@hoffmanandlazear.com

6  LAW OFFICE OF NEWMAN STRAWBRIDGE
   Newman Strawbridge (SBN 171360)
7  719 Orchard Street
   Santa Rosa, CA 95404
8  Tel:  (707) 523-3377

9  Attorneys for Plaintiff
   GALINA SEEBROOK
10
   P. CRAIG CARDON, Cal. Bar No. 168646
11 ccardon@sheppardmullin.com
   BRIAN BLACKMAN, Cal. Bar No. 196996
12 bblackman@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
13 eberman@sheppardmullin.com
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
14 4 Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
15 Telephone:    415.434.9100
   Facsimile:    415.434.3947
16
   Attorneys for Defendant
17 THE GYMBOREE CORPORATION

18
                    **UNITED STATES DISTRICT COURT**
19
                    **NORTHERN DISTRICT OF CALIFORNIA**
20

21 | GALINA SEEBROOK, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 4:11-cv-00839-SBA |
|---|---|---|
| | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ORDER TO CONDUCT NECESSARY DISCOVERY** |
| Plaintiffs, | | |
| v. | | |
| THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation, | | |
| Defendant. | | |

- 1 -

Whereas, on February 23, 2011, Plaintiff Galina Seebrook (herein, "Plaintiff") filed a class action complaint alleging that Defendant The Gymboree Corporation d/b/a Crazy 8 (herein, "Defendant") violated the Song-Beverly Credit Card Act, Cal. Civil Code section 1747.08 by requesting and recording its customers' personal identification information in conjunction with credit card sales transactions;

Whereas, to date, the Parties have not conducted any formal discovery in this action;

Whereas, Defendant filed a motion for summary judgment or summary adjudication on August 16, 2011;

Whereas, pursuant to Local Rule 7-3, the deadline for Plaintiff's opposition to Defendant's motion for summary judgment to be filed is currently August 30, 2011;

Whereas, the Parties have met and conferred, and agree that Plaintiff should have until November 4, 2011 to respond to Defendant's motion in order to provide Plaintiff with sufficient time to conduct discovery necessary for Plaintiff's opposition, including (1) the deposition of Donald Hendricks, a declarant in support of Defendant's motion, (2) written discovery regarding Defendant's assertion of the "bona fide error" defense as articulated in the motion, and (3) written discovery regarding the point-of-sale system and cashier training policies discussed in the motion and Mr. Hendricks' declaration; and

Whereas, the Parties further agree that Defendant would have until November 18, 2011 to reply to Plaintiff's opposition.

Now, therefore, Plaintiff and Defendant stipulate, agree, and request:

1) That the Court extend Plaintiff's time to respond to Defendant's motion for summary judgment or summary adjudication until November 4, 2011; and

2) That the Court set Defendant's deadline to reply to Plaintiff's opposition as November 18, 2011.

SO STIPULATED.

Date:   August 30, 2011			SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


					By: */s/ Brian R. Blackman*
					       Brian R. Blackman
					       Attorneys for Defendant
					       The Gymboree Corporation


Date:   August 30, 2011			HOFFMAN & LAZEAR



					By: */s/ Chad A. Saunders*
					       Chad A. Saunders
					       Attorneys for Plaintiff
					       Galina Seebrook


**ECF ATTESTATION**

I, Chad A. Saunders, am the ECF User whose ID and Password are being used to file this:

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IN ORDER TO CONDUCT NECESSARY DISCOVERY

In compliance with General Order 45, X.B., I hereby attest that Brian Blackman concurred in this filing.

Dated: August 30, 2011			HOFFMAN & LAZEAR


					By:   */s/ Chad A. Saunders*
					         Chad A. Saunders

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the stipulation of the parties, and good cause shown, it is hereby ORDERED |
| 3 | that Plaintiff Galina Seebrook will have up to and including November 4, 2011 to file her |
| 4 | response to Defendant The Gymboree Corporation's motion for summary judgment or summary |
| 5 | |
| 6 | adjudication (Dkt. 25). It is further ORDERED that Defendant shall have up to and including |
| 7 | November 18, 2011 to reply to Plaintiff's opposition to Defendant's motion for summary |
| 8 | judgment or summary adjudication. |
| 9 | Dated: 9/1/11 |

_____
Hon. Saudra Brown Armstrong
U.S. District Court Judge