HOFFMAN & LAZEAR
H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
Chad A. Saunders (SBN 257810)
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:  (510) 763-5700
Fax:  (510) 835-1311
Email:  cas@hoffmanandlazear.com

LAW OFFICE OF NEWMAN STRAWBRIDGE
Newman Strawbridge (SBN 171360)
719 Orchard Street
Santa Rosa, CA 95404
Tel:  (707) 523-3377

Attorneys for Plaintiff
GALINA SEEBROOK

P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415.434.9100
Facsimile:      415.434.3947

Attorneys for Defendant
THE GYMBOREE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation,<br><br>                    Defendant. | Case No. 4:11-cv-00839-SBA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

Whereas, the Court set a deadline of October 12, 2011 for Plaintiff Galina Seebrook and Defendant The Gymboree Corporation ("Plaintiff" and "Defendant," collectively, "the parties") to complete an Early Neutral Evaluation conference ("ENE"); and

Whereas, the parties scheduled an ENE with the court-assigned evaluator, Sarah Good, Esq., for October 10, 2011; and

Whereas, due to a family illness and a subsequently scheduled work commitment, Plaintiff is unable to personally attend the October 10, 2011 ENE; and

Whereas, the parties have met and conferred and agreed that, in order to have a productive conference, the ENE should be rescheduled for a date when all parties can personally attend; and

Whereas, Ms. Good has informed the parties that her next availability is in four (4) weeks time.

Now, therefore, the parties stipulate and request that the Court reschedule the deadline to complete the ENE until November 18, 2011.

SO STIPULATED.

Date:   October 6, 2011             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                    By: */s/ Brian R. Blackman*
                                        Brian R. Blackman
                                        Attorneys for Defendant
                                        The Gymboree Corporation


Date:   October 6, 2011             HOFFMAN & LAZEAR


                                    By: */s/ Chad A. Saunders*
                                        Chad A. Saunders
                                        Attorneys for Plaintiff
                                        Galina Seebrook

**ECF ATTESTATION**

I, Chad A. Saunders, am the ECF User whose ID and Password are being used to file this:

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION

In compliance with General Order 45, X.B., I hereby attest that Brian Blackman concurred in this filing.

Dated: October 6, 2011                HOFFMAN & LAZEAR


                                      By:  */s/ Chad A. Saunders*
                                           Chad A. Saunders

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the previously scheduled deadline of October 12, 2011 for the parties to complete an Early Neutral Evaluation is continued until November 18, 2011.

Dated: 10/7/11

_____
Hon. Saundra Brown Armstrong
U.S. District Court Judge

- 4 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION / NO. 4:11-CV-00839-SBA