1  HOFFMAN & LAZEAR
   H. Tim Hoffman (SBN 049141)
2  Arthur W. Lazear (SBN 083603)
   Chad A. Saunders (SBN 257810)
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  Tel: (510) 763-5700
   Fax: (510) 835-1311
5  Email: cas@hoffmanandlazear.com

6  LAW OFFICE OF NEWMAN STRAWBRIDGE
   Newman Strawbridge (SBN 171360)
7  719 Orchard Street
   Santa Rosa, CA 95404
8  Tel: (707) 523-3377

9  Attorneys for Plaintiff
   GALINA SEABROOK
10
   P. CRAIG CARDON, Cal. Bar No. 168646
11 ccardon@sheppardmullin.com
   BRIAN BLACKMAN, Cal. Bar No. 196996
12 bblackman@sheppardmullin.com
   ELIZABETH S. BERMAN, Cal. Bar No. 252377
13 eberman@sheppardmullin.com
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
14 4 Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
15 Telephone:   415.434.9100
   Facsimile:   415.434.3947
16
   Attorneys for Defendant
17 THE GYMBOREE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation,<br><br>             Defendant. | Case No. 4:11-cv-00839-SBA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION** |

- 1 -

Whereas, the Court set a deadline of October 12, 2011 for Plaintiff Galina Seebrook and Defendant The Gymboree Corporation ("Plaintiff" and "Defendant," collectively, "the parties") to complete an Early Neutral Evaluation conference ("ENE"); and

Whereas, on October 12, 2011, the Court granted the parties request to extend the ENE deadline until November 18, 2011; and

Whereas, due to scheduling conflicts between the parties and the evaluator, the parties have been unable to schedule an ENE within the time provided; and

Whereas, the parties have met and conferred and agreed that they wish to conduct an ENE as soon as it is feasible for the parties and the evaluator; and

Whereas, the parties are available on January 17, 18, and 19, 2012, and are awaiting confirmation of one of these dates from the evaluator.

Now, therefore, the parties stipulate and request that the Court reschedule the deadline to complete the ENE until February 24, 2012.

SO STIPULATED.

Date:   November 16, 2011          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                   By: */s/ Brian R. Blackman*
                                       Brian R. Blackman
                                       Attorneys for Defendant
                                       The Gymboree Corporation

Date:   November 16, 2011          HOFFMAN & LAZEAR


                                   By: */s/ Chad A. Saunders*
                                       Chad A. Saunders
                                       Attorneys for Plaintiff
                                       Galina Seebrook

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that the previously scheduled deadline of November 18, 2011 for the parties to complete an Early Neutral Evaluation is continued until February 24, 2012.

Dated: 12/12/11

_____
Hon. Saundra Brown Armstrong
U.S. District Court Judge