SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
DAVID R. GARCIA, Cal. Bar No. 151349
dgarcia@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
THE GYMBOREE CORPORATION,
d/b/a CRAZY 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation,<br><br>Defendant. | Case No. C 11-00839 SBA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>The Honorable Saundra Brown Armstrong |

1  Having reviewed and considered defendant The Gymboree Corporation, d/b/a Crazy 8's
2  ("Crazy 8") administrative motion seeking leave to file a Statement of Recent Decision in support
3  of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and good
4  cause appearing:

5  IT IS ORDERED that Crazy 8 is granted leave to file the Statement of Recent Decision
6  attached to its administrative motion as Exhibit A, regarding the Order Denying Motion to Certify
7  Class, issued by the Honorable S. James Otero of the United States District Court for the Central
8  District of California in *Gass v. Best Buy Co., Inc.* (Case No. CV 11-01507 SJO (JCGx)).

10  Dated February 21, 2012

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE