SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
ccardon@sheppardmullin.com
DAVID R. GARCIA, Cal. Bar No. 151349
dgarcia@sheppardmullin.com
BRIAN BLACKMAN, Cal. Bar No. 196996
bblackman@sheppardmullin.com
ELIZABETH S. BERMAN, Cal. Bar No. 252377
eberman@sheppardmullin.com
4 Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant
THE GYMBOREE CORPORATION,
d/b/a CRAZY 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE GYMBOREE CORPORATION d/b/a CRAZY 8, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. C 11-00839 SBA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STATEMENT OF RECENT DECISION**<br><br>The Honorable Saundra Brown Armstrong |

1  Having reviewed and considered defendant The Gymboree Corporation, d/b/a Crazy 8's ("Crazy 8") administrative motion seeking leave to file a Statement of Recent Decision in support of its Motion for Summary Judgment or, in the Alternative, Summary Adjudication, and good cause appearing:

IT IS ORDERED that Crazy 8 is granted leave to file the Statement of Recent Decision attached to its administrative motion as Exhibit A, regarding the Order Denying Motion to Certify Class, issued by the Honorable S. James Otero of the United States District Court for the Central District of California in *Gass v. Best Buy Co., Inc.* (Case No. CV 11-01507 SJO (JCGx)).

Dated February 21, 2012

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE